**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE

DATE: 05/10/2024
TIME: 12:00 PM
☐ **SEALED PROCEEDING**

**CIVIL CAUSE FOR STATUS/SETTLEMENT CONFERENCE**
**CASE: 2:20-cv-05431-JMA-JMW-Grady v. County of Nassau et al.**

APPEARANCES:

For Plaintiff:     Walter John Thompson (With Plaintiff Melvin Grady)

For Defendant:     Ralph J. Reissman

Court Reporter/FTR:     12:04-12:07 (Status Conference/Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒     Status Conference scheduled for May 10, 2024 at 12:00 PM. The parties represented that they desired to continue with a Settlement Conference.

☒     Settlement Conference held on May 10, 2024 at 12:00 PM, discussions had, Court made recommendation to County Attorney, who will in turn make recommendation for approval. The Settlement Conference will reconvene on **May 31, 2024 at 11:00 AM** via the Court's Video Zoom, at which time the County Attorney will advise whether the recommendation was approved or not. The Court will email the Zoom invitation closer to the conference date.


SO ORDERED
 /s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge